IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LCGI FAIRFIELD LLC, and LCGI Victorvile, LLC,<br><br>     Debtors.<br>_____ / | No. C 10-01150 JSW<br><br>**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On March 18, 2010, General Electric Business Asset Funding f/k/a GE Capital Franchise Corporation ("GE Capital") filed a notice of appeal from a decision of the Bankruptcy Court. There has been no further action in this case since that time.

Accordingly, GE Capital is HEREBY ORDERED TO SHOW CAUSE why this appeal should not be dismissed for failure to prosecute. GE Capital's response to this Order to Show Cause shall be due by no later than December 15, 2010. If GE Capital fails to file a timely response, the Court shall dismiss the appeal.

**IT IS SO ORDERED.**

Dated: December 2, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE