IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LCGI FAIRFIELD LLC, and LCGI Victorvile, LLC,<br><br>    Debtors.<br>_____/ | No. C 10-01150 JSW<br><br>**ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE** |

    On March 18, 2010, General Electric Business Asset Funding f/k/a GE Capital Franchise Corporation ("GE Capital") filed a notice of appeal from a decision of the Bankruptcy Court. No further action was taken and, on December 2, 2010, the Court issued an Order to Show Cause directing GE Capital to show cause why this appeal should not be dismissed for failure to prosecute. GE Capital's response to this Order to Show Cause was due by no later than December 15, 2010. The Court advised GE Capital that if it failed to file a timely response, the Court would dismiss the appeal.

    GE Capital has not filed a timely response to the Order to Show Cause. Accordingly, this appeal is DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: December 16, 2010

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE